IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN MUNICIPAL POWER, INC. | : |
| Plaintiff, | : Case No. 2:17-cv-00708-ALM-EPD |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| VOITH HYDRO, INC., | : MAGISTRATE JUDGE DEAVERS |
| Defendant. | : |

### ORDER

This matter is before the Court on Defendant Voith Hydro, Inc.'s ("Voith") Motion To Permit One of Its Representatives to Participate By Phone in the October 21, 2022 Settlement Conference. (ECF No. 417). Mr. Markus Mader, a member of the Board of Directors which has vested the other Voith representatives scheduled to be present with full settlement authority, is based in Germany. For good cause shown, therefore, Mr. Mader may attend the Court's settlement conference via telephone. Mr. Mader is **ORDERED** to remain available and in attendance by telephone for the entire duration of the settlement proceedings, without exception.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 30, 2022