# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| AMERICAN MUNICIPAL POWER, INC., | : |
| Plaintiff, | : Case No. 2:17-cv-00708 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| VOITH HYDRO, INC., | : Magistrate Judge Deavers |
| Defendant. | : |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

As this Court is aware, Plaintiff American Municipal Power, Inc. and Defendant Voith Hydro, Inc. settled this matter at the settlement conference conducted by the Court on October 21 and 24, 2022.  Subsequent to this settlement conference, the Parties have now entered into a settlement agreement documenting the settlement terms that were announced by the Court on October 24, 2022.  ECF No. 422.  As referenced in this Court's October 25, 2022 Order (ECF No. 423), the Parties jointly move the Court under Fed. Civ. R. 41(a)(2) to dismiss this matter with prejudice.  The Parties have agreed that the Court shall retain exclusive jurisdiction over this matter to enforce the terms of the Parties' settlement agreement.

Additionally, the Parties note that third party Stantec Consulting Services Inc.'s discovery motion (ECF No. 287) was pending at the time of the settlement conference. This motion was discussed during a telephone conference with Magistrate Judge Deavers on November 3, 2022, with letter briefing submitted by Stantec and Voith to Magistrate Judge Deavers following that conference regarding whether the Court has jurisdiction to decide the Motion.

The Parties will submit their respective proposed Order for the Court's consideration.

Dated: February 1, 2023

Respectfully submitted,

/s/ David J. Butler
David J. Butler (0068455)
Taft Stettinius & Hollister, LLP
65 East State Street, Suite 1000
Columbus, Ohio 43215
dbutler@taftlaw.com
Telephone: (614) 221-2838
Facsimile: ( 614) 221-2007

Judah Lifschitz (*pro hac vice*)
Gregory S. Seador (*pro hac vice*)
Laura C. Fraher (*pro hac vice*)
Kelley J. Halliburton (*pro hac vice*)
Shapiro, Lifschitz & Schram
1742 N. Street, N.W.
Washington, DC 20036
lifschitz@slslaw.com
seador@slslaw.com
fraher@slslaw.com
halliburton@slslaw.com
Telephone: (202) 689-1900
Facsimile: (202) 689-1901

*Attorneys for Plaintiff*
*American Municipal Power, Inc.*

/s/ Kimberly E. Ramundo
Kimberly E. Ramundo (0066570)
Stephen J. Butler (0010401)
George Musekamp (0087060)
THOMPSON HINE LLP
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202
Kim.Ramundo@ThompsonHine.com
Steve.Butler@ThompsonHine.com
George.Musekamp@ThompsonHine.com
(513) 352-6656
(513) 241-4771 (fax)

John B. Kopf (0075060)
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
John.Kopf@ThompsonHine.com
(614) 469-3300
(614) 469-3361 (fax)

Daniel M. Haymond (0065152)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
Dan.Haymond@ThompsonHine.com
(216) 566-5500
(216) 566-5800 (fax)

*Attorneys for Voith Hydro, Inc.*