IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| AMERICAN MUNICIPAL POWER, INC., | : |
| Plaintiff, | : Case No. 2:17-cv-00708 |
| v. | : CHIEF JUDGE ALGENON L. MARBLEY |
| VOITH HYDRO, INC., | : Magistrate Judge Deavers |
| Defendant. | : |

# ORDER

Following a settlement conference conducted by this Court on October 21 and 24, 2022, during which a settlement was reached, the parties jointly moved for dismissal of this case with prejudice pursuant to Fed. Civ. R. 41(a)(2). (ECF No. 429). The parties have informed the Court that the terms of this settlement have been incorporated into a settlement agreement that is fully executed. The parties also requested that this Court retain jurisdiction over the case to enforce the terms of the parties' settlement agreement. The parties' motion (ECF No. 429) is **GRANTED**. The case is dismissed with prejudice, and the Court retains exclusive jurisdiction to enforce the parties' settlement agreement. Additionally, this Court will resolve separately Non-Party Stantec Consulting Services Inc.'s third party Stantec Consulting Services, Inc's Motion for Sanctions and/or Cost-Shifting. (ECF No. 287).

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

**DATE:** February 2, 2023